UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KOLAWOLE H. ALIYU,                     )
                                       )
            Plaintiff,                 )
                                       )          CIVIL ACTION NO.
VS.                                    )
                                       )          3:14-CV-3613-G (BF)
OCWEN LOAN SERVICING, LLC,             )
ET AL.,                                )
                                       )
            Defendants.                )

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that

the findings, conclusions and recommendation of the magistrate judge are correct,

and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

January 20, 2015.


_____
**A. JOE FISH**
**Senior United States District Judge**